AO-10 (w)
Rev. 8/96

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4 , Sec. 101-113)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GOULD, RONALD M. | NOMINEE: US CT OF APP 9TH CIRC | 11/11/97 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>ATTORNEY | 5. Report Type (check type)<br><br>X Nomination, Date 11/08/97<br><br>Initial    Annual    Final | 6. Reporting Period<br><br>01/01/1996<br>to<br>10/31/1997 |
|---|---|---|

| 7. Chambers or Office Address<br><br>1201 THIRD AVE 40TH FLOOR<br><br>SEATTLE, WA  98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| 1 ATTORNEY | PERKINS COIE II PC |
| 2 TRUSTEE (BOARD MEMBER) | BELLEVUE COMMUNITY COLLEGE |
| 3 BOARD MEMBER | CHIEF SEATTLE COUNCIL BOY SCOUTS OF AMERICA |

## II. AGREEMENTS *(Reporting individual only; see pp.14-17 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements.) | |
| 1 1996 | VANGUARD/ PERKINS COIE 401(K) SAVINGS PLAN |
| 2 1996 | VANGUARD/ PERKINS COIE RETIREMENT PLAN |
| 3 1996 | RETURN OF CAPITAL AND WITHDRAWAL BENEFIT |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 18-25 of Instructions.)*

| DATE | PARTIES AND TERMS | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1 1995 | PERKINS COIE II PC | $ 272,571.67 |
| 2 1996 | PERKINS COIE II PC | $ 363,109.16 |
| 3 1997 | PERKINS COIE II PC | $ 212,555.00 |
| 4 | | |
| 5 | | |

EXHIBIT D

**SECTION HEADING.**   (Indicate part of report.)

SECTION 1. POSITIONS (cont'd.)

| Li. Position | Name of Organization/Entity |
|---|---|
| 4 BOARD MEMBER | NATIONAL JEWISH DEMOCRATIC COUNCIL |
| 5 BOARD MEMBER | NINTH JUDICIAL CIRCUIT HISTORICAL SOCIETY |

**FINANCIAL DISCLOSURE REPORT**   GOULD, RONALD M.

11 Al / 97

**SECTION HEADING.**   (Indicate part of report.)

SECTION 1. POSITIONS (cont'd.)

| Li. Position | Name of Organization/Entity |
|---|---|
| 4 BOARD MEMBER | NATIONAL JEWISH DEMOCRATIC COUNCIL |
| 5 BOARD MEMBER | NINTH JUDICIAL CIRCUIT HISTORICAL SOCIETY |

FINANCIAL DISCLOSURE REPORT    GOULD, RONALD M.

11/11/97

## IV. REIMBURSEMENTS and GIFTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| 1 EXEMPT | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. OTHER GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| 1 EXEMPT | | |
| 2 | | |
| 3 | | |
| 4 | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| 1 CHARLES SCHWAB | MARGIN LOAN | M |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

* VAL. CODES: J = $15,000 or less    K = $15,001-$50,000    L = $50,001 to $100,000    M = $100,001-$250,000    N = $250,001-$500,000
0 = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000    P3 = $25,000,001-$50,000,000    P4 = $50,000,001 or more

# FINANCIAL DISCLOSURE REPOR

## VII. Page 1 INVESTMENTS and TRUSTS

*— income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 1 CHARLES SCHWAB BROKERAGE ACCOUNT (J) | | | | | | | | | |
| 2 MCDONALD'S CORP. COMMON STOCK (J) | A | Dividend | L | T | | | | | |
| 3 NATIONAL REALTY L P NEW (M) LTD P/S (J) | A | Dividend | J | T | | | | | |
| 4 GARDEN BURGER, INC. COMMON STOCK (J) | | None | M | T | | | | | |
| 5 BOEING CO. COMMON STOCK (J) | A | Dividend | J | T | | | | | |
| 6 CHARLES SCHWAB BROKERAGE ACCOUNT - IRA (J) | | | | | | | | | |
| 7 MCDONALD'S CORP. COMMON STOCK (J) | A | Dividend | K | T | | | | | |
| 8 CHARLES SCHWAB CUSTODIAL ACCOUNT FOR REBECCA C. GOULD (J) | | | | | | | | | |
| 9 MCDONALD'S CORP. COMMON STOCK (J) | A | Dividend | L | T | | | | | |
| 10 MICROSOFT CORP. COMMON STOCK (J) | | None | L | T | | | | | |
| 11 CASH (J) | | None | J | | | | | | |
| 12 WELLS FARGO BANK, SEATTLE, WA (J) | | None | K | T | | | | | |
| 13 PERKINS COIE II CAPITAL ACCOUNT (J) | D | Interest | M | U | | | | | |
| 14 PERKINS BUILDING PARTNERHSIP (J) | | None | L | U | | | | | |
| 15 VANGUARD/ PERKINS COIE II 401(K) SAVINGS PLAN (J) | G | Dividend | N | T | | | | | |
| 16 VANGUARD/ PERKINS COIE II RETIREMENT PLAN (J) | G | Dividend | O | T | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | | | |
| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) U=Book Value | V=Other | W=Estimated | | |